

**CARLTON FIELDS**

ATTORNEYS AT LAW

26 Broadway | 22nd Floor
New York, New York 10004-1808
212.785.2577 | fax 212.785.5203
www.carltonfields.com

Atlanta
Miami
**New York**
Orlando
St. Petersburg
Tallahassee
Tampa
West Palm Beach

October 9, 2012

*Via First-Class Mail*
Honorable George B. Daniels
United States District Judge
 for the Southern District of New York
United States Courthouse
40 Centre Street, Room 410
New York, NY 10007-1581

      Re:    *U.S. Commodity Futures Trading Commission v. First Lexington Group, LLC, et al.*, 03 CV 9124 (S.D.N.Y. GBD); *U.S. Commodity Futures Trading Commission v. Ian Bursztyn, et al.*, 03 CV 9125 (S.D.N.Y. GBD); *U.S. Commodity Futures Trading Commission v. Walter Scott Lev & Associates, LLC, et al.*, 03 CV 9126 (S.D.N.Y. GBD); *U.S. Commodity Futures Trading Commission v. ISB Clearing Corporation, et al.*, 03 CV 9127 (S.D.N.Y. GBD); *U.S. Commodity Futures Trading Commission v. Madison Deane & Associates, Inc., et al.*, 03 CV 9128 (S.D.N.Y. GBD); *U.S. Commodity Futures Trading Commission v. Itradecurrency USA, LLC, et al.*, 03 CV 9129 (S.D.N.Y. GBD)

Dear Judge Daniels:

      Rosner & Napierala, LLP ("RNLLP") has served as counsel to the Receiver, Brian Rosner, Esq., in the above-referenced cases, since November 2003.

      Please be advised that, effective October 1, 2012, RNLLP merged with and into Carlton Fields, P.C. ("Carlton Fields").

      On such date, RNLLP ceased to exist as a separate entity, and Carlton Fields has succeeded the firm as counsel to the Receiver in each of the above cases. The same RNLLP attorneys, legal staff and expert continue to serve as the Receiver's counsel, although now with Carlton Fields.

      We respectfully request that Carlton Fields be substituted as counsel of record to the Receiver, Brian Rosner, effective immediately.


2

I am pleased to answer any questions the Court may have regarding the foregoing.

Very truly yours,

*[signature]*

Natalie A. Napierala
Counsel to the Receiver, Brian Rosner

cc: All Parties of Record

Carlton Fields is hereby substituted as counsel of record to the Receiver, Brian Rosner, in each of the above-named cases.

SO ORDERED, at New York, New York, this __ day of _____ 2012.

*[signature]* OCT 12 2012
_____
George B. Daniels
UNITED STATES DISTRICT JUDGE

2